Alan Smikun, Esq. (AS-2460)
THE MARGOLIN & WEINREB LAW GROUP, LLP
165 Eileen Way, Suite 101
Syosset, New York 11791
Telephone: (516) 945-6055
alansm@NYFCLAW.COM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
GUSTAVIA HOME, LLC,                                                    Civil Action No.:

                        Plaintiff,

            -against-                                                     STATEMENT PURSUANT
                                                                                TO FED. R. CIV. P. 7.1

EAST 93 HOLDINGS LLC; U.S. BANK NATIONAL ASSOCIATION; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD;

                                        Defendants.
---------------------------------------------------------------------------X

        Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, GUSTAVIA HOME, LLC hereby certifies that it does not have any parent corporation publicly held. GUSTAVIA HOME, LLC has no publicly held subsidiaries or affiliates.

Dated: July 18, 2017
       Syosset, New York

                                       Yours, etc.
                                       The Margolin & Weinreb Law Group, LLP
                                       Attorneys for Plaintiff

                                       By: */s/ Alan Smikun*
                                            Alan Smikun, Esq.