# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*2586731*

Index no : 1:17-CV-04262-ILG-RER

| Plaintiff(s): | GUSTAVIA HOME, LLC |
|---|---|
| Defendant(s): | EAST 93 HOLDINGS LLC, ET AL |

STATE OF NEW YORK
COUNTY OF SUFFOLK    ss.:

**Melvin Rolfe**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **07/25/2017** at **11:49 AM**, I served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT; CERTIFICATE OF MERIT** Bearing Index Number **1:17-CV-04262-ILG-RER** and date of filing of **07/18/2017** on **NEW YORK CITY ENVIRONMENTAL CONTROL BOARD** at **100 CHURCH STREET, 1ST FLOOR, NEW YORK, NY 10007** in the manner indicated below:

MUNICIPALITY: By delivering a true copy of said documents to **B. MAZYCK, CLERK** of the above named MUNICIPALITY. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **NEW YORK CITY ENVIRONMENTAL CONTROL BOARD**, and the recipient responded in the affirmative.

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Gray | 58 | 5ft4in - 5ft7in | 150-174 lbs |
| Other Features: **GLASSES** | | | | | |

Affidavit Comments: 1ST FLOOR

Sworn to and subscribed before me on

7/28/17

Notary Public,

**ANGELA WICHTENDAHL**
Notary Public, State of New York
No. 01WI6093107
Qualified in Suffolk County
Commission Expires May 27, 2019

X_____
Melvin Rolfe
License#: 0916782
Alstate Process Service Inc.
60 Burt Drive
Deer Park, NY 11729
631/667-1800

THE MARGOLIN & WEINREB LAW GROUP, LLP
165 EILEEN WAY, SUITE 101
SYOSSET, NY 11791
516-921-3838

Atty File#: 662 EAST 93RD ST