UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GUSTAVIA HOME, LLC,

                Plaintiff,

- against -

EAST 93 HOLDINGS LLC; U.S. BANK NATIONAL ASSOCIATION; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,

                Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 17-cv-4262 (ILG)(RER)

        **PLEASE TAKE NOTICE** that Shane Wax, Esq., and associate with the firm Berg & David, PLLC, with an office located at 266 Broadway, Suite 503, Brooklyn, New York 11211, hereby appears as counsel for East 93 Holdings LLC in the above-referenced action and requests that all filings be served on the undersigned with respect to the above-referenced action.

Dated:  Brooklyn, New York
         October 18, 2017

                        **BERG & DAVID PLLC**

                        *Shane Wax*
                By: _____
                      Shane Wax
                  *Attorneys for Defendant*
                  *East 93 Holdings LLC*
                  266 Broadway, Suite 503
                  Brooklyn, New York 11211
                  Tel. (718) 989-1392
                  Fax (718) 989-1394