# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.
CYNTHIA A. NIERER, ESQ.

(516) 921-3838
FAX (516) 921-3824
(516) 945-6055
www.nyfclaw.com

February 15, 2018

**VIA ECF ONLY**
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201
Honorable Ramon E. Reyes, Jr.

    **RE**:    Gustavia Home LLC v. East 93 Holdings LLC, *et al*.
    **Index No.:**    **1:17-cv-04262-ILG-RER**

Dear Honorable Ramon E. Reyes, Jr.:

    We represent Plaintiff on the above-entitled matter. On or about February 14, 2018 Plaintiff was ordered to respond to *Defendant's Motion to Compel Plaintiff to Produce Documents* by February 19, 2018. Plaintiff is respectfully requesting additional time to provide a response to Defendant's Motion due to a recent death in the family. The undersigned will be assisting family members during the coming week.

    Additionally, based on the fact that Defendant has filed a Motion, Plaintiff would also request that the Status Conference set for February 27, 2018 at 11:30 be adjourned to a later date pending the outcome of this Motion.

    Respectfully,

    THE MARGOLIN & WEINREB LAW GROUP, LLP
    *Attorneys for Plaintiff*

    /s/ Alan Smikun
    Alan Smikun, Esq.