## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

Case No. 1:17-CV-04262 (ILG) (RER)

GUSTAVIA HOME, LLC,

    Plaintiff,

v.

EAST 93 HOLDINGS, LLC; U.S. BANK NATIONAL ASSOCIATION; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,

    Defendants.

_____/

### NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO:   BERG & DAVID, PLLC
       266 BROADWAY, SUITE 503
       BROOKLYN, NY 11211

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Rosenberg, Cummings & Edwards, PLLC and a member in good standing of the bar of the State of Florida, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff, GUSTAVIA HOME, LLC. There are no pending disciplinary proceedings against me in any State or Federal court.

**Dated: May 22, 2018**

                              Respectfully submitted,

                              **ROSENBERG, CUMMINGS & EDWARDS PLLC**
                              *Counsel for Plaintiff*
                              802 NE 20th Avenue
                              Fort Lauderdale, Florida 33304
                              Office: (954) 769-1344
                              Email: Casey@rosenbergcummings.com
                              By:   /s/ Casey R. Cummings
                              Casey R. Cummings, Esq.
                              Florida Bar No.: 102573