

450 Seventh Ave
Suite 1408
New York, NY 10123

July 5, 2018

Danielle P. Light
T. 646.490.6677
F. 347.491.4048
dlight@hasbanilight.com

*Licensed in NY & NJ*

**<u>Via ECF</u>**
Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
For the Eastern District of New York

      RE:    Docket No. 1:17-CV-4262
                Gustavia Home LLC v. East 93 Holdings, LLC, et al.

Dear Magistrate Judge Reyes:

This office serves as counsel for Plaintiff, Gustavia Home, LLC. This letter is being submitted to provide the Court with a status of the above referenced case.

Discovery in this case is proceeding in the normal course. The deposition of Plaintiff was completed. Plaintiff requested the deposition of all members of East 93 Holdings, LLC. Currently, the deposition of East 93 Holdings, LLC is scheduled for July 18, 2018. Counsel for East 93 Holdings, LLC has also assured the undersigned that the responses to Plaintiff's document demands will be served by July 6, 2018.

Please feel free to contact the undersigned should the Court have any questions or require any additional information.

Thank you,

/s/
Danielle P. Light

      cc:    David Berg, Esq.
               Berg & David
               *Counsel for East 93 Holdings, LLC*
               *via email*: dberg@bergpllc.com