

450 Seventh Ave
Suite 1408
New York, NY 10123

February 8, 2019

Danielle P. Light
T. 646.490.6677
F. 347.491.4048
dlight@hasbanilight.com

*Licensed in NY & NJ*

**<u>Via ECF</u>**
Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
For the Eastern District of New York

      RE:    Docket No. 1:17-CV-4262
                Gustavia Home LLC v. East 93 Holdings, LLC, et al.

Dear Magistrate Judge Reyes:

This office serves as counsel for Plaintiff, Gustavia Home, LLC. This letter is being submitted to provide the Court with a status of the above referenced case.

The closing for the Defendant's new loan is scheduled for Monday February 11, 2019. The closing was previously scheduled for earlier this week, but due to a delay by the title company, it was postponed. Once the closing takes place, we plan on filing a discontinuance of the action. It is respectfully requested that the deadline to file a notice of dismissal be extended to February 15, 2019.

Please feel free to contact the undersigned should the Court have any questions or require any additional information.

Thank you,

/s/
Danielle P. Light

cc:    David Berg, Esq.
        Berg & David
        *Counsel for East 93 Holdings, LLC*
        *via email*: dberg@bergpllc.com