**HASBANI & LIGHT, P.C.**
Danielle Light, Esq.
*Counsel for Plaintiff*
450 Seventh Avenue, Suite 1408
New York, New York 10123
Tel: (646) 490-6677

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GUSTAVIA HOME, LLC,

              NOTICE OF VOLUNTARY
              DISCONTINUANCE
              Case No. 1:17-CV-4262

         Plaintiff,

       -against-

EAST 93 HOLDINGS LLC, et al.,

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s)GUSTAVIA HOME, LLC and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the all defendants with prejudice.

Dated: New York, New York
   February 28, 2019        BY: */s/Danielle Light*
                   Danielle P. Light, Esq.
                   *Attorneys for Gustavia Home, LLC*